## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SHANNON L. BILOTTA,

    Plaintiff,

v.                                                Case No: 8:13-cv-2811-T-30TGW

CITIZENS INFORMATION
ASSOCIATES, LLC, *et al.*

    Defendants.

_____

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Extension of Class Certification Deadlines and to Request Case Management Conference (Dkt. #38) and Defendant Citizens Information Associates, LLC's Response in Opposition to the Motion (Dkt. #44). Upon review and consideration, it is the Court's conclusion that the Motion should be granted in part and denied in part.

The Case Management Order currently sets a deadline for Plaintiff's Motion for Class Certification on January 28, 2014. Plaintiff seeks to extend the deadline to file her Motion for Class Certification to April 30, 2014 or sixty days after Defendants Kyle Prall and Ryan Russell file their answer. Plaintiff also requests a case management conference to resolve scheduling and discovery issues including objections raised by Defendant Citizen Information Associates, LLC ("CIA") to Plaintiff's Notice of Taking Videotaped Deposition Duces Tecum of its corporate representative, Kyle Prall. Defendant objects to

the extensions and argues that the delays are due to Plaintiff's own actions including the cancellation of the aforementioned deposition the day before it was scheduled to take place.

Several of the Defendants' responses to the Amended Complaint are due in February. To allow Plaintiff time to gather sufficient evidence, the Court will extend the deadline for filing the Motion for Class Certification to March 30, 2014.

Given that several of the issues raised by Plaintiff in the Motion are resolved as of the filing of CIA"s response, her request for a case management conference is denied. To the extent that Plaintiff continues to seek responses to her discovery requests, Plaintiff may file a motion to compel responses in order to resolve those disputes.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Extension of Class Certification Deadlines and to Request Case Management Conference (Dkt. #38) is GRANTED in part and DENIED in part.

2. Plaintiff's deadline to file her Motion for Class Certification is extended to March 30, 2014.

3. Plaintiff's request for a case management conference is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2811 estantion for class cert 38.docx

2